IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MONSIVAIS,<br><br>        Petitioner,<br><br>  v.<br><br>KNIPP,<br><br>        Respondent. | No. C 14-01109 HRL (PR)<br><br>**ORDER OF DISMISSAL** |

On March 10, 2014, Petitioner, a California inmate who is currently incarcerated at Mule Creek State Prison in Ione, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. The Clerk sent Petitioner a notice on the same day that his In Forma Pauperis ("IFP") Application, (Docket No. 2), was insufficient because he failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official. (Docket No. 4.) Petitioner was notified that he must either pay the full filing fee or file a complete IFP application within twenty-eight days or the case would be dismissed. (Id.) The deadline has since passed, and Petitioner has not complied.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The Clerk shall terminate any pending motions and close the file.

DATED: 4/16/14

HOWARD R. LLOYD
United States Magistrate Judge

Order of Dismissal
P:\PRO-SE\HRL\HC.14\01109Monsivais_dism-ifp.wpd