IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE MONSIVAIS,

    Petitioner,

v.

KNIPP,

    Respondent.

No. C 14-01109 HRL (PR)

**ORDER VACATING JUDGMENT AND REOPENING CASE; GRANTING MOTION FOR LEAVE TO PROCEED** *IN FORMA PAUPERIS*

(Docket No. 7)

    The Court dismissed the case for failure to pay the filing fee on April 16, 2014. (Docket No. 5.) The day before judgment was entered, Petitioner's motion for leave to proceed in forma pauperis was filed on April 15, 2014, which was still beyond the time provided by the Clerk's notice. (See Docket No. 4.) Petitioner signed the application on March 12, 2014, and the prison trust fund office stamped the supporting documents on March 25, 2014. (See Docket No. 7.) In the interest of justice, the Court will deem the application as timely filed. The motion for leave to proceed in forma pauperis is GRANTED.

    The Judgment entered on April 16, 2014, (Docket No. 6), is VACATED. The Court will conduct an initial review of the petition in a separate order.

    The Clerk shall reopen the file.

DATED: 4/22/14

HOWARD R. LLOYD
United States Magistrate Judge

Order Reopening Case
P:\PRO-SE\HRL\HC.14\01109Monsivais_reopen.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE MONSIVAIS,

        Petitioner,

v.

KNIPP,

        Respondent.

Case Number: CV14-01109 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __4/22/2014__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Monsivais F-19006
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640

Dated: __4/22/2014__

P. Cromwell deputy
Richard W. Wieking, Clerk