**E-FILED on 12/17/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MONSIVAIS, | No. C 14-1109 RMW (PR) |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION** |
| v. | |
| KNIPP, Warden, | |
| Respondent. | |
| | (Docket Nos. 11 & 13) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 15, 2014, the court issued an order to show cause. (Docket No. 9.) Respondent has filed a motion requesting an extension of time until December 12, 2014, to file a response because the deadline to file a response had already passed when the case was assigned to current counsel. (Docket No. 13.)[1]

Having shown good cause, respondent's motion is **GRANTED**. Respondent shall file an answer or dispositive motion **no later than December 10, 2014**. Petitioner shall file a traverse **within thirty (30) days** of the filing of an answer, or an opposition **within twenty-eight (28) days** of the filing of a dispositive motion. If respondent files a dispositive motion, respondent shall file a

---

[1] This matter was was reassigned to this court on October 17, 2014.

Order Granting Motion for Ext. of Time to Respond to Petition
P:\PRO-SE\RMW\HC.14\01109Monsivais_eot-ans.wpd

United States District Court
For the Northern District of California

1 reply within **fourteen (14) days** from the filing date of an opposition.

2 Accordingly, petitioner's motion introducing traverse filed on September 18, 2014, docket
3 number 11, is **DENIED** as premature.

4 This order terminates docket numbers 11 and 13.

5 IT IS SO ORDERED.

7 DATED: _____

RONALD M. WHYTE
United States District Court Judge

Order Granting Motion for Ext. of Time to Respond to Petition
P:\PRO-SE\RMW\HC.14\01109Monsivais_eot-ans.wpd         2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE MONSIVAIS,

        Plaintiff,

  v.

KNIPP et al,

        Defendant.

Case Number: CV14-01109 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Monsivais F-19006
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640

Dated: December 17, 2014

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk